IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH SCOTT, et al | : | CIVIL ACTION |
| v. | : | NO. 15-3257 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN | : | |

## **NOTICE**

To: Counsel of Record

TAKE NOTICE that a **Telephone Conference re: status** is scheduled in the above-captioned matters with Magistrate Judge David R. Strawbridge for **Tuesday, June 6, 2017 at 4:30 p.m.** Counsel for plaintiff is directed to initiate this call and once all counsel are on the line, to join Chambers in the teleconference (Chambers ph: 267-299-7790).

    /s/ Danielle Puchon
Danielle Puchon
Deputy Clerk
267-299-7790 - phone

Date: May 26, 2017

-Notice filed via ECF