IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH SCOTT and RENEE SCOTT,        :
                    Plaintiffs        :        CIVIL ACTION
                                     :
     v.        :
FOREMOST INSURANCE COMPANY        :
GRAND RAPIDS MICHIGAN, and        :        NO.:  15-03257
JOHN DOES 1-10,        :
                 Defendants        :
                                     :

## <u>ORDER</u>

AND NOW, on this 7th day of June, 2017, following upon a recorded teleconference with counsel for Plaintiff Renee Scott and Defendant Foremost Insurance Company Grand Rapids Michigan on June 6, 2017, **IT IS HEREBY ORDERED** that Plaintiff's counsel shall submit a status letter to Chambers via email (Strawbridge_Chambers@paed.uscourts.gov) by **June 27, 2017**, providing an update as to the status of this case.  Plaintiff's counsel is instructed to copy all parties on this letter.

BY THE COURT:


/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE, USMJ.